UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GUSTAVO ZAVARCE and SANDRA JIMENEZ,

       Plaintiffs,

v.                           Case No:   6:23-cv-922-GAP-DCI

CLEAR BLUE INSURANCE COMPANY,

       Defendant

## ORDER

This cause comes before the Court on Defendant's Motion Requesting Quantification of Fees (Doc. No. 33) filed January 12, 2024.

On January 30, 2024, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Motion Requesting Quantification of Fees (Doc. 33) is **GRANTED**.

3. Defendant is entitled to reasonable fees in the amount of $502.00.

4. Clerk is directed to enter judgment in favor of Defendant against Plaintiffs in the amount of $502.00 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2024.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party